# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL SANCHEZ MERCADO

Debtor(s)

CASE NO. 08-06381 SEK

CHAPTER   13

## JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## FRBP RULE 3001 (e) (2) AND WAIVER OF OPPORTUNITY TO OBJECT

BANCO POPULAR DE PUERTO RICO (the "Transferee/Assignee") and R-G MORTGAGE CORPORATION (the "Transferor/Assignor") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Mortgage Portfolio Purchase and Sale Agreement executed by and between Transferor/Assignor and Transferee/Assignee) including the Claim referenced hereinafter (the "Bankruptcy Claim").

Claim Number:  4                           Amount Claimed:   $156,990.51
Banco Popular de Puerto Rico New Account Number:    07101001910023

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Transferor/Assignee hereby request that it be immediately substituted upon the docketing of this Joint – Notice of Transfer of Claim for all purposes in these proceedings. The Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001 (e) (2).

Dated:  In San Juan, Puerto Rico, this 13th day of October, 2009.


ASSIGNOR/TRANSFEROR
NAME: R-G Mortgage Corporation
ADDRESS: PO Box 362394
            San Juan, PR 00936-2394

TELEPHONE (787)771-2617
BY:  Alba Rivera

(SEE ATTACHED WAIVER)

ASSIGNEE/TRANSFEREE
NAME: Banco Popular Puerto Rico
ADDRESS: PO Box 362708
            San Juan PR 00936-2708

TELEPHONE (787) 775-1100
BY: José David Hernández

## WAIVER OF NOTICE OF TRANSFER CLAIM

R-G Mortgage Corporation ("Transferor") is a corporation organized under the laws of Puerto Rico, maintaining place of business at San Juan, PR. Transferor has sold and assigned certain claims to Banco Popular de Puerto Rico ("Transferee"). Transferee is a corporation organized under the laws of the Puerto Rico, maintaining place of business at San Juan, PR. Said claims arise from mortgage credit accounts (the "Accounts") issued to individuals who have filed petitions initiating a case under the U.S. Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following names:

R-G Mortgage Corporation

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor request that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim by transferee.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 13th day of October, 2009.

Transferor
By:

Name: Alba Rivera
Title: Manager Bankruptcy Dept.
R-G Mortgage Corp.

Transferee
By:

Name: José David Hernandez
Title: VPA Mortgage Division
Banco Popular de Puerto Rico

Filed By:
Cardona Jimenez Law Offices, P.S.C.
Attorney for Transferee
PO Box 9023593
San Juan, PR  00902-3593
Tel: (787) 724-1303, Fax (787) 724-1369

By:    **s/ José F. Cardona Jiménez,**
       USDC PR 124504
       E-mail: jf@cardonalaw.com

**s/Vivian Ortiz Ponce**, USDC PR 211611
E-mail: vortiz@cardonalaw.com